IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-485-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NAZEER DIJON VICK, ) | |
| ) | |
| Defendant. ) | |

On August 17, 2021, Nazeer Dijon Vick ("Vick" or "defendant") moved for release of property [D.E. 39]. On October 21, 2021, defendant filed a motion to suppress. See [D.E. 45]. The United States shall file a response to defendant's motions not later than November 24, 2021.

SO ORDERED. This 9 day of November, 2021.

JAMES C. DEVER III
United States District Judge