IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-485-D

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
NAZEER DIJON VICK, )
)
Defendant. )

On January 24, 2022, the court held a hearing on defendant's pro se motions. See [D.E. 39, 45]. On February 7, 2022, after reviewing all of the video evidence, the other relevant evidence, and the governing law, the court entered its findings and conclusions. The court incorporates those findings and conclusions into this order. As explained in open court, the court DENIES as meritless defendant's motions [D.E. 39, 45].

SO ORDERED. This 7 day of February, 2022.

JAMES C. DEVER III
United States District Judge