IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-485-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NAZEER DIJON VICK, | ) | |
| | ) | |
| Defendant. | ) | |

On August 29, 2022, Nazeer Dijon Vick ("Vick" or "defendant") filed a motion for temporary release to attend his mother's funeral on August 30, 2022. See [D.E. 95]. Vick's mother died on August 24, 2022, but Vick did not file his motion until August 29, 2022. See id.

The court has reviewed the entire record, including the pending charges, defendant's offenses of conviction, and pretrial services report. See [D.E. 9]. Defendant faces very serious charges involving possession of a firearm by a convicted felon (two counts), possession with intent to distribute a quantity of cocaine and cocaine base (crack), and possession of a firearm in furtherance of a drug trafficking crime. Defendant has convictions for injury to personal property, voluntary manslaughter, selling heroin (three counts), possession with intent to sell or deliver heroin, possession of a firearm by a felon, and simple possession of a schedule VI controlled substance. See id. at 5–8. Defendant has performed poorly on probation. See id. Defendant's motion [D.E. 95] is DENIED.

SO ORDERED. This 30 day of August, 2022.

JAMES C. DEVER III
United States District Judge